1  LAW OFFICE OF BRIAN C. ANDREWS, ESQ.
   Brian C. Andrews, Cal. sb #212969
2  5850 Oberlin Drive, Suite 250
   San Diego, California 92121
3  Voice: (619) 405-4458
   Fax: (858) 677-2900
4
   Attorney for Plaintiff:
5  VICTOR CLARK

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10 _____

11 VICTOR CLARK,                    ) Case No. CV 08-278 MMM
                                    ) (AGRx)
12            Plaintiff,            )
                                    ) STIPULATION FOR DISMISSAL
13       vs.                        ) WITH PREJUDICE PURSUANT
                                    ) TO F. R. CIV. P. 41(a)(1)(ii);
14 KING TACO RESTAURANT, INC., a    ) ORDER THEREON
   California corporation, and DOES 1 )
15 through 100, inclusive,          )
                                    ) Complaint Filed: December 12,
16            Defendant.            ) 2007
                                    )
17 _____

18       TO THE HONORABLE MARGARET M. MORROW, UNITED

19 STATES DISTRICT COURT JUDGE, CENTRAL DISTRICT, WESTERN

20 DIVISION:

21       Plaintiff VICTOR CLARK ("Plaintiff"), and Defendants KING TACO

22 RESTAURANTS, INC., a California corporation (erroneously sued as KING

23 TACO RESTAURANT, INC.) ("Defendant"), hereby enter into this

24 Stipulation, by and through their counsel of record, to dismiss this action with

25 prejudice pursuant to Rule 41(a)(1)(ii), and reference the following facts:

26       WHEREAS the parties to the above entitled action have settled their

27 claims;

28

1  WHEREAS Plaintiff wishes to dismiss the above-entitled action in its
2  entirety with prejudice;
3  WHEREAS Plaintiff seeks the consent of Defendants to do so;
4  WHEREAS each party shall bear its own attorneys' fees and costs;
5  IT IS STIPULATED by and between the parties hereto that this action
6  be dismissed with prejudice as to all parties, and that each party shall bear its
7  own attorneys' fees and costs.
8  IT IS SO STIPULATED.
9  Dated: April 10, 2008.   LAW OFFICE OF BRIAN C. ANDREWS, ESQ.

By _____
Brian C. Andrews, Esq. (SB #212969)
Attorneys for Plaintiff, VICTOR
CLARK

Dated: April 9, 2008.   PILLSBURY WINTHROP SHAW
PITTMAN LLP
RICHARD M. SEGAL
STEFAN TEICHERT

By _____
Stefan Teichert
Attorneys for Defendant
KING TACO RESTAURANTS, INC.

## ORDER

Having read the foregoing Stipulation, and good cause appearing therefor, the action is hereby dismissed with prejudice. Further, each of the parties is to bear its own attorneys' fees and costs.

Dated: _____   _____
MARGARET M. MORROW
United States District Court Judge